NUMBERS 13-03-511-CR and 13-03-513-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

MARK JAIME AGUILAR,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 347th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam


         Appellant, Mark Aguilar, attempts to appeal separate convictions for assault of
a public servant and sexual assault of a child. In each case, the trial court has certified
that this “is a plea-bargain case, and the defendant has NO right of appeal.” See Tex.
R. App. P. 25.2(a)(2).
         On January 26, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the records; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification(s).
         On March 1, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certifications currently on file with this Court
are incorrect or that appellant otherwise has a right to appeal in either matter. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.
 
     PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Memorandum opinion delivered and filed this
the 25th day of March, 2004.